**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **QOMMERCE SYSTEMS, LLC** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 6:15cv184** |
| **v.** | § | |
| | § | |
| | § | |
| **KARMALOOP, INC.** | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 7), filed on April 9, 2015, recommends that the case be administratively closed pending resolution of Defendant's bankruptcy proceeding. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED** pending resolution of Defendant's bankruptcy proceeding.

**SIGNED this 1st day of June, 2015.**


Robert W Schroeder III
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE